TOM KING V. THE STATE.

No. 16123.   Delivered November 15, 1933.
Rehearing Denied, Without Written Opinion, December 20, 1933.
Reported in 65 S. W. (2d) 774.

The opinion states the case.

*Jno. M. Hatter,* of Waxahachie, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

A plea of guilty was entered. A jury was waived and the case tried before the court.

The evidence shows that the witness Williams purchased a pint of whisky from the appellant and paid him a dollar therefor, which fact was not controverted.

There are no bills of exception in the record. No error or irregularity has been perceived which would warrant a reversal or require discussion.

The judgment is affirmed.

*Affirmed.*